# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:02CR54-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER FOR DISMISSAL** |
| ) | |
| MARILEE JOYCE WOODWARD ) | |

**THIS MATTER** is before the Court on motion of the Government to dismiss the indictment as to the captioned Defendant.

For the reasons set forth in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and the indictment is hereby **DISMISSED** without prejudice as to this Defendant only.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

**Signed: December 9, 2005**

Lacy H. Thornburg
United States District Judge